Motion withdrawn.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY GROSS, Appellant.

Argued October 20, 1952; decided October 24, 1952.

*Jacob W. Friedman* and *Michael Kern* for appellant.

*Miles F. McDonald, District Attorney* (*Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.